| | |
|---|---|
| 1 | SHOHAM J. SOLOUKI (SBN 278538) |
| | shoham@soloukisavoy.com |
| 2 | GRANT JOSEPH SAVOY (SBN 284077) |
| | grant@soloukisavoy.com |
| 3 | **SOLOUKI SAVOY, LLP** |
| | 316 W. 2nd Street, Suite 1200 |
| 4 | Los Angeles, California 90012 |
| | Telephone: (213) 814-4940 |
| 5 | Facsimile: (213) 814-2550 |
| 6 | Attorneys for Plaintiffs, individually |
| 7 | and on behalf of all others similarly situated |
| 8 | [*Additional counsel on next page.*] |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUVIA BARRAGAN, ITZEL LEGORRETA-CRUZALTA, JAVIER RAMIREZ, AND DAMALI URBINA-FAJARDO, individuals on behalf of themselves and all similarly situated employees, | Case No. 2:21-CV-08021-SB (MRWx) |
| | **JOINT NOTICE OF SETTLEMENT** |
| | |
| | Judge: Hon. Stanley Blumenfeld, Jr. |
| Plaintiffs, | Courtroom: 6C |
| vs. | |
| POPULUS FINANCIAL GROUP, INC. DBA ACE CASH EXPRESS, INC., a Texas Corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

Case No. 2:21-CV-08021-SB (MRWx)    JOINT NOTICE OF SETTLEMENT

1  ELIZABETH A. BROWN (SB# 235429)
2  AMANDA BOLLIGER (SB# 250292)
   JASMINE S. HORTON (SB# 272297)
3  MATTHEW W. MORRIS (SB# 309741)
   lisabrown@gbgllp.com
4  amandabolliger@gbgllp.com
   jasminehorton@gbgllp.com
5  matthewmorris@gbgllp.com
   GBG LLP
6  633 West 5th Street, Suite 3330
   Los Angeles, CA  90071
7  Telephone:  (213) 358-2810
   Facsimile:  (213) 995-6382
8
9  Attorneys for Defendant
   POPULUS FINANCIAL GROUP, INC.
10 dba ACE CASH EXPRESS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:21-CV-08021-SB (MRWx)                    JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE COURT AND CLERK OF THE COURT:

Plaintiffs Nuvia Barragan, Itzel Legorreta-Cruzalta, Javier Ramirez and Damali Urbina-Fajardo ("Plaintiffs") and Defendant Populus Financial Group, Inc. dba ACE Cash Express ("Defendant" and, together with Plaintiffs, "Parties"), hereby notify the Court that following an all-day mediation with Michael Loeb, the Parties have reached a global settlement and resolution of all claims in this matter. The Parties are working on the long form settlement agreement and will file a motion for the preliminary approval of settlement on or before July 25, 2022.

The Parties jointly request that the court vacate all pending deadlines, including the upcoming hearing on the Motion for Reconsideration set for June 17, 2022, and set the case for a status conference following the filing of the preliminary approval motion.

DATED: June 10, 2022            SOLOUKI SAVOY, LLP

BY:    /s/ Shoham J. Solouki
         SHOHAM J. SOLOUKI
         GRANT JOSEPH SAVOY

Attorneys for Plaintiffs and putative class

The undersigned attests that the signatory above concurs in the content of this document and has authorized its filing.

DATED: June 10, 2022            GBG LLP

BY:    /s/ Elizabeth A. Brown
         ELIZABETH A. BROWN

Attorneys for Defendant
POPULUS FINANCIAL GROUP, INC.
dba ACE CASH EXPRESS