1 | **SOLOUKI | SAVOY, LLP**
   | SHOHAM J. SOLOUKI (SBN 278538)
2 | shoham@soloukisavoy.com
   | GRANT JOSEPH SAVOY (SBN 284077)
3 | grant@soloukisavoy.com
   | 316 W. 2nd Street, Suite 1200
4 | Los Angeles, California 90012
   | Telephone: (213) 814-4940
5 | Facsimile: (213) 814-2550

6 | Attorneys for Plaintiffs, individually
7 | and behalf of all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NUVIA BARRAGAN, ITZEL LEGORRETA-CRUZALTA, JAVIER RAMIREZ, AND DAMALI URBINA-FAJARDO, individuals on behalf of themselves and all similarly situated employees, | Case No. 2:21-CV-08021-SB (MRWx) |
|---|---|
| | [Hon. Stanley Blumenfeld, Jr.] |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CLASS REPRESENTATIVE SERVICE PAYMENTS** |
| vs. | |
| POPULUS FINANCIAL GROUP, INC. DBA ACE CASH EXPRESS, INC., a Texas Corporation; and DOES 1 through 100, inclusive, | Date:    February 10, 2023
Time:    8:30 a.m.
Judge:   Hon. Stanley Blumenfeld, Jr.
Courtroom: 6C |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that February 10, 2023 at 8:30 a.m. or as soon thereafter as the matter can be heard in Courtroom 6C of the United States District Court for the Central District of California located at 350 West 1st Street, Los Angeles, California 90012, Plaintiffs Nuvia Barragan, Itzel Legorreta-Cruzalta, Javier Ramirez, and Damali Urbina-Fajardo ("Plaintiffs") will, and hereby do move, for an Order as follows:

1. Granting final approval of the terms of the Joint Stipulation of Class Action Settlement ("Stipulation" or "Settlement") as fair, reasonable, and adequate to all Parties and all Class Members;

2. Finding that the Class Notices distributed to the Class Members pursuant to the Court's order granting preliminary approval constituted the best notice practicable under the circumstances to all Class Members;

3. Finally certifying the Class for settlement purposes only;

4. Directing that compensation to the Settlement Class Members be paid pursuant to the terms of the Stipulation;

5. Appointing Plaintiffs as Class Representatives for settlement purposes, and approving a Class Representative Service Award of $10,000.00 to each Plaintiff, for a total of $40,000.00;

6. Appointing Solouki & Savoy, LLP as Class Counsel for settlement purposes;

7. Approving the payment to the California Labor and Workforce Development Agency in the amount of $37,500.00;

8. Approving the Claims Administrator's costs and fees in the amount of $22,450.00 as provided for in the Stipulation; and

9. Entering final judgment in the Action.[1]

---

[1] On November 14, 2022, Plaintiffs filed a separate motion for approval of Class Counsel's attorneys' fees and costs. ECF No. 34.

Case No. 2:21-CV-08021-SB (MRWx)  PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CLASS REPRESENTATIVE SERVICE PAYMENTS

This motion will be based on the accompanying Memorandum of Points and Authorities, the Declarations of Shoham Solouki, Nuvia Barragan, Itzel Legorreta-Cruzalta, Javier Ramirez, Damali Urbina-Fajardo, and Karen Hernandez, such oral argument as may be heard by the Court, and all other papers on file in this action.

This motion is also made following the conference of counsel pursuant to L.R. 7-3 which took place on July 22, 2022. Defendant indicated that it does not oppose this motion.

Respectfully submitted,

Dated: January 9, 2023                SOLOUKI SAVOY, LLP

By: /s/ Shoham J. Solouki
Shoham J. Solouki
Grant Joseph Savoy
Attorneys for Plaintiffs and putative class

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registered users in this case.

                                                                    /s/ Shoham J. Solouki
                                                                    SHOHAM J. SOLOUKI