UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUVIA BARRAGAN et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>POPULUS FINANCIAL GROUP, INC.,<br><br>  Defendant. | Case No. 2:21-cv-08021-SB-MRW<br><br>FINAL JUDGMENT |

  Pursuant to the Court's order granting in part Plaintiffs' motion for final approval of the class action settlement and service awards and granting Plaintiffs' motion for attorney's fees and costs, Dkt. No. 38, and the parties' voluntary dismissal of this case, Dkt. No. 40, final judgment is hereby ordered as follows:

- Pursuant to the parties' settlement, Plaintiffs Nuvia Barragan, Itzel Legorreta-Cruzalta, Javier Ramirez, and Damali Urbina-Fajardo and all other class members (except for Karen Johnson) shall have, by operation of this Judgment, fully, finally, and forever released, relinquished, and discharged Defendant Populus Financial Group, Inc. and all of its past and present officers, directors, shareholders, employees, agents, principals, heirs, representatives, accountants, auditors, consultants, and their respective successors and predecessors in interest, subsidiaries, affiliates, parents and attorneys, from the claims defined in the Joint Stipulation of Class Action Settlement (Stipulation), Dkt. No. 31-3 at 3–5.

- Plaintiffs Nuvia Barragan, Itzel Legorreta-Cruzalta, Javier Ramirez, And Damali Urbina-Fajardo and all other class members (except for Karen Johnson) are hereby enjoined from filing or prosecuting any other cases, claims, suits, or administrative proceedings involving their released claims.

- The settlement fund is to be distributed to the class members according to the terms of the Stipulation.

- The funds for any check that remains uncashed after one hundred eighty (180) days from the date of mailing shall be paid to the State Controller Unclaimed Property Fund in the name of the class member who does not timely negotiate his/her Individual Settlement Award check. In such event, the class members whose checks remain uncashed after one hundred eighty (180) days, shall nevertheless remain subject to the terms of the judgment.

- Pursuant to the Court's order, Class Counsel shall be paid $291,666.00 as their attorneys' fees and actual costs of $17,965.00 from the settlement fund.

- Plaintiffs Nuvia Barragan, Itzel Legorreta-Cruzalta, Javier Ramirez, and Damali Urbina-Fajardo shall each be paid a Service Award in the amount of $7,500.00 (for a total of $30,000.00).

- The Settlement Administrator, ILYM Group, Inc., shall be paid $22,450.00 from the settlement fund for the costs and expenses of administering the settlement.

- A payment of $37,500.00 from the settlement fund shall be allocated to penalties under the Private Attorneys General Act of 2004, California Labor Code § 2698, et seq., and paid by the Settlement Administrator directly to the California Labor and Workforce Development Agency.

The Court hereby enters judgment for Plaintiffs Nuvia Barragan, Itzel Legorreta-Cruzalta, Javier Ramirez, and Damali Urbina-Fajardo and the class members against Defendant Populus Financial Group, Inc. in accordance with the terms of the Stipulation, and this order is a final and appealable order. The case is hereby DISMISSED in its entirety with prejudice. The clerk is directed to close this case.

This is a final judgment.

IT IS SO ORDERED.

Date: February 16, 2023

Stanley Blumenfeld, Jr.
United States District Judge